

[No. 562-2.    Division Two.    March 23, 1972.]

LARRY J. HARDISTY, *Respondent*, v. JOYCE K. HARDISTY, *Appellant.*

[Nos. 429-3; 464-3.    Division Three.    March 28, 1972.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM LEE SANDERS et al., *Appellants.*

[No. 440-3.    Division Three.    March 28, 1972.]

VIRGINIA COBLE, *Respondent*, v. CECILIA GONZALES, *Appellant.*

[No. 483-3.    Division Three.    March 29, 1972.]

DeLOY MONTGOMERY et al., *Appellants*, v. NATIONAL HEALTH ASSURANCE, *Respondent.*